PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* CR 09-4014-1-LTS | | | |
| DOCKET NUMBER *(Rec. Court)* 1:20-cr-10043 | | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: LANCE MILLER | DISTRICT: Northern District of Iowa | DIVISION: Western | |
| | NAME OF SENTENCING JUDGE: Mark W. Bennett, United States District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/17/2020 | TO 06/16/2025 |

OFFENSE
Count 1: Receipt of Child Pornography
Count 3: Possession of Child Pornography

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

**IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of South Dakota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.***

10/6/20
*Date*

Leonard T. Strand, Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA

**IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.**

10-6-20
*Effective Date*

Charles B. Kornmann
*United States District Judge*

Query Reports Utilities Help Log Out

CLOSED,REASSIGNED

# U.S. District Court
# Northern District of Iowa (Western Division)
# CRIMINAL DOCKET FOR CASE #: 5:09-cr-04014-LTS-KEM-1

| | |
|---|---|
| Case title: USA v. Miller | Date Filed: 03/18/2009 |
| Other court case number: 19mj3 VLD USDC South Dakota | Date Terminated: 01/27/2010 |

---

**Interested Party**

**US Probation** represented by **uspNotify**
Email: poecm@ianp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

Assigned to: Chief Judge Leonard T Strand
Referred to: Magistrate Judge Judge Kelly K.E. Mahoney

**Defendant (1)**

**Lance Miller**
*TERMINATED: 01/27/2010*

represented by **Bradley Ryan Hansen**
Federal Public Defender's Office
400 Locust Street
Suite 340
Des Moines, IA 50309
515 309 9610
Email: brad_hansen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Michael L Smart**
Federal Public Defender's Office
701 Pierce Street Suite 400
ECF
Sioux City, IA 51101
712 252 4158
Email: mike_smart@fd.org
*TERMINATED: 09/12/2014*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252A(a)(2)(A) and 2252A(b)(1) - SEXUAL EXPLOITATION OF MINORS (1) | Defendant committed to BOP for 60 months on Count 1 to be served concurrently with Count 3 - Defendant on supervised release for 60 months on Count 1 to be served concurrently with Count 3 - $100 special assessment. REVOCATION JUDGMENT (1/31/2019): Defendant committed to BOP for 20 months. Supervised Release 5 years. |
| 18:2252A(a)(5)(B) and 2252A(b)(2) - ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (3) | Defendant committed to BOP for 60 months on Count 3 to be served concurrently with Count 1 - Defendant on supervised release for 60 months on Count 3 to be served concurrently with Count 1 - $100 special assessment. REVOCATION JUDGMENT (1/31/2019): Defendant committed to BOP for 20 months. Supervised Release 5 years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2252A(a)(5)(B) and 2252A(b)(2) - ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (2) | Vacated |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Kevin C Fletcher**
US Attorney's Office
600 4th Street
Suite 670

***ECF
Sioux City, IA 51101
712 255 6011
Email: kevin.fletcher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Timothy T Duax**
US Attorney's Office
600 4th Street
Suite 670
***ECF
Sioux City, IA 51101
712 255 6011
Email: timothy.duax@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark A Tremmel**
US Attorney's Office
111 7th Avenue SE
Box 1
ECF
Cedar Rapids, IA 52401
319 363 6333
Email: mark.tremmel@usdoj.gov
*TERMINATED: 02/17/2016*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2009 | | Judge update in case as to Lance Miller. Judge Mark W Bennett and Chief Magistrate Paul A Zoss added. No conflicts identified. (src) (Entered: 03/19/2009) |
| 03/18/2009 | 1 | SEALED INDICTMENT as to Lance Miller count 1, 2-3. Voting record housed in vault. Copies to USM, USP, AUSA. (Attachments: # 1 Non Redacted Indictment) (src) Modified on 4/3/2009 to note copy faxed to FPD Michael Smart this date (des). (Entered: 03/19/2009) |
| 03/18/2009 | 4 | Order to Seal Indictment and Warrant until the arrest of Defendant Lance Miller. Signed by Chief Magistrate Paul A Zoss on 03/18/09. Copy to USM, USP, AUSA. (src) (Entered: 03/19/2009) |
| 04/03/2009 | | Attorney update in case as to Defendant Lance Miller. Attorney Michael L Smart for Lance Miller added. (Attorney Smart added. Attorney added pursuant to notification from SC FPD's office.) (ak) (Entered: 04/03/2009) |
| 04/03/2009 | 5 | ORDER SETTING HEARINGS as to Defendant Lance Miller. Initial |

| | | |
|---|---|---|
| | | Appearance set for 4/3/2009 01:30 PM in SC 1st Fl Ct before Chief Magistrate Paul A Zoss. Signed by Chief Magistrate Paul A Zoss on 4/03/09. (copies faxed to Attys, USM, USP, emailed to JKH) (des) (Entered: 04/03/2009) |
| 04/03/2009 | | Case unsealed and INDICTMENT UNSEALED as to Defendant Lance Miller. (ak) (Entered: 04/03/2009) |
| 04/03/2009 | 6 | Minute Entry for proceedings held before Chief Magistrate Paul A Zoss. Initial Appearance and Arraignment as to Defendant Lance Miller (1) Count 1,2-3 held on 4/3/2009. Defendant pled not guilty to Counts 1,2,3 of the Indictment. Court appoints Federal Public Defender. Defendant detained. Order to issue setting Detention Hearing. (Digital Recording.) (ak) (Entered: 04/03/2009) |
| 04/03/2009 | 7 | ORDER SETTING HEARINGS as to Defendant Lance Miller. Detention Hearing set for 4/6/2009 10:00 AM in SC 1st Fl Ct before Chief Magistrate Paul A Zoss. Signed by Chief Magistrate Paul A Zoss on 4/03/09. (des) (Entered: 04/03/2009) |
| 04/03/2009 | 8 | TRIAL MANAGEMENT ORDER and Stipulated Discovery Order as to Defendant Lance Miller. Jury Trial set for 6/1/2009 09:00 AM in SC 3rd Fl Ct before Judge Mark W Bennett. Pretrial Conference set for 6/1/2009 08:00 AM in SC 3rd Fl Ct before Judge Mark W Bennett. Jury Instructions due by 5/21/2009. Motions due by 5/1/2009. Trial Related Motions due by 5/18/2009. Status Conference set for 5/1/2009 03:00 PM in SC 3rd Fl Cnf Rm before Deputy Clerk. Signed by Chief Magistrate Paul A Zoss on 4/03/09. (des) (Entered: 04/03/2009) |
| 04/03/2009 | 9 | CJA 23 Financial Affidavit by Defendant Lance Miller (ak) (Entered: 04/03/2009) |
| 04/03/2009 | 10 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Defendant Lance Miller. Signed by Chief Magistrate Paul A Zoss on 04/03/09. (ak) (Entered: 04/03/2009) |
| 04/03/2009 | 11 | NOTICE OF ATTORNEY APPEARANCE: Michael L Smart appearing for Defendant Lance Miller. (ak) (Entered: 04/03/2009) |
| 04/06/2009 | 12 | Minute Entry for proceedings held before Chief Magistrate Paul A Zoss: Detention Hearing as to Defendant Lance Miller held on 4/6/2009. Defendant to be released pursuant to terms of bond. (Digital Recording) (des) (Entered: 04/06/2009) |
| 04/06/2009 | 13 | ORDER Setting Conditions of Release as to Defendant Lance Miller (1). Signed by Chief Magistrate Paul A Zoss on 4/06/09. (des) (Entered: 04/06/2009) |
| 04/20/2009 | 14 | Arrest Warrant Returned Executed on 4/03/09 in case as to Defendant Lance Miller. (des) (Entered: 04/20/2009) |
| 04/30/2009 | 15 | UNRESISTED MOTION for Continuance of Trial by Lance Miller. (Smart, Michael) (Entered: 04/30/2009) |
| 04/30/2009 | 16 | ORDER TO CONTINUE - Ends of Justice as to Defendant Lance Miller. Time excluded from 4/30/2009 until 7/6/2009. Jury Trial set for 7/6/2009 at 09:00 |

| | | |
|---|---|---|
| | | AM in SC 3rd Fl Ct before Judge Mark W. Bennett. Pretrial Conference set for 7/6/2009 at 08:00 AM in SC 3rd Fl Ct before Judge Mark W. Bennett. Jury Instructions due by 6/29/2009. Trial Related Motions due by 6/22/2009. Status Conference set for 6/5/2009 at 03:00 PM in SC 3rd Fl Cnf Rm before Deputy Clerk. Signed by Chief Magistrate Paul A. Zoss on 4/30/09. (tjf) (Entered: 04/30/2009) |
| 06/05/2009 | 17 | UNRESISTED MOTION for Continuance of Trial by Lance Miller. (Smart, Michael) (Entered: 06/05/2009) |
| 06/12/2009 | 18 | ORDER TO CONTINUE - Ends of Justice as to Defendant Lance Miller. Time excluded from 6/5/2009 until 9/28/2009. Jury Trial set for *a date certain of* 9/28/2009 at 09:00 AM in SC 3rd Fl Ct before Judge Mark W. Bennett. Pretrial Conference set for 9/28/2009 at 08:00 AM in SC 3rd Fl Ct before Judge Mark W. Bennett. Jury Instructions due by 9/21/2009. Trial Related Motions due by 9/14/2009. Status Conference set for 8/7/2009 at 03:00 PM in SC 3rd Fl Cnf Rm before Deputy Clerk. Signed by Chief Magistrate Paul A. Zoss on 6/12/09. (tjf) (Entered: 06/12/2009) |
| 08/14/2009 | 19 | MOTION to Modify Conditions of Release by Lance Miller. (Smart, Michael) (Entered: 08/14/2009) |
| 08/14/2009 | 20 | ORDER Setting Hearing on Motion as to Defendant Lance Miller 19 MOTION to Modify Conditions of Pretrial Release: Motion Hearing set for 8/20/2009 10:00 AM in SC 1st Fl Ct before Chief Magistrate Paul A Zoss. The defendant is directed to be present at the hearing. Signed by Chief Magistrate Paul A Zoss on 8/14/09. (certified copies to USM) (des) (Entered: 08/14/2009) |
| 08/17/2009 | 21 | ORDER CONTINUING TRIAL as to Defendant Lance Miller. Jury Trial continued to *a date certain of* 10/29/2009 at 09:00 AM in SC 3rd Fl Ct before Judge Mark W. Bennett. Final Pretrial Conference set for 10/29/2009 at 08:00 AM in SC 3rd Fl Ct before Judge Mark W. Bennett. Jury Instructions due by 10/22/2009. Trial Related Motions due by 10/15/2009. Status Conference set for 9/4/2009 at 03:00 PM in SC 3rd Fl Cnf Rm before Deputy Clerk. Signed by Chief Magistrate Paul A. Zoss on 8/17/09. (tjf) (Entered: 08/17/2009) |
| 08/17/2009 | 22 | RESISTANCE by USA as to Defendant Lance Miller re 19 MOTION to Modify Conditions of Release (Tremmel, Mark) (Entered: 08/17/2009) |
| 08/18/2009 | 23 | ORDER - as to defendant Lance Miller. The defendant is ordered to file a brief in support of his 19 MOTION to Modify Conditions of Release by 8:00 AM on Thursday, August 20, 2009. Signed by Chief Magistrate Paul A Zoss on 08/18/09. (src) (Entered: 08/18/2009) |
| 08/19/2009 | 24 | BRIEF in Support by Defendant Lance Miller re 19 MOTION to Modify Conditions of Release (Smart, Michael) (Entered: 08/19/2009) |
| 08/20/2009 | 25 | Minute Entry for proceedings held before Chief Magistrate Paul A Zoss: Motion Hearing as to Defendant Lance Miller held on 8/20/2009 re 19 MOTION to Modify Conditions of Release filed by Lance Miller. Motion Granted - Order to follow. (Digital Recording) (des) (Entered: 08/20/2009) |
| 08/20/2009 | 26 | AMENDED ORDER Setting Conditions of Release as to Defendant Lance |

| | | |
|---|---|---|
| | | Miller (1). Signed by Chief Magistrate Paul A Zoss on 8/20/09. (des) (Entered: 08/20/2009) |
| 10/09/2009 | 27 | ORDER CONTINUING TRIAL as to Defendant Lance Miller. Jury Trial continued to *a date certain of* 11/2/2009 at 09:00 AM in SC 3rd Fl Ct before Judge Mark W. Bennett. Final Pretrial Conference set for 11/2/2009 at 08:00 AM in SC 3rd Fl Ct before Judge Mark W. Bennett. Jury Instructions due by 10/26/2009. Trial Related Motions due by 10/19/2009. Signed by Chief Magistrate Paul A. Zoss on 10/09/09. (tjf) (Entered: 10/09/2009) |
| 10/19/2009 | 28 | MOTION in Limine by Lance Miller. (Attachments: # 1 Brief) (Smart, Michael) (Entered: 10/19/2009) |
| 10/22/2009 | 29 | Proposed Jury Instructions by USA as to Defendant Lance Miller (Tremmel, Mark) (Entered: 10/22/2009) |
| 10/26/2009 | 31 | NOTICE *Pursuant to Rule 16(a)(1)(G)* by USA as to Defendant Lance Miller (Tremmel, Mark) (Entered: 10/26/2009) |
| 10/26/2009 | 33 | EXHIBIT LIST by USA as to Defendant Lance Miller (Tremmel, Mark) (Entered: 10/26/2009) |
| 10/26/2009 | 34 | RESISTANCE by USA as to Defendant Lance Miller re 28 MOTION in Limine (Attachments: # 1 Brief) (Tremmel, Mark) (Entered: 10/26/2009) |
| 10/27/2009 | 35 | MOTION for Leave to File Notice to the Court Under Seal by USA as to Lance Miller. (Tremmel, Mark) (Entered: 10/27/2009) |
| 10/28/2009 | 36 | ORDER granting 35 Motion for Leave to File Notice to the Court under seal as to Lance Miller (1). Signed by Judge Mark W Bennett on 10/28/09. (des) (Entered: 10/28/2009) |
| 10/29/2009 | 38 | MOTION for Leave to File *Under Seal* Trial Memorandum by USA as to Lance Miller. (Tremmel, Mark) (Entered: 10/29/2009) |
| 10/29/2009 | 39 | TEXT ORDER ONLY granting 38 Motion for Leave to File Trial Brief under seal as to Lance Miller (1). Signed by Judge Mark W Bennett on 10/29/09. (Gill, Jennifer) (Entered: 10/29/2009) |
| 10/30/2009 | 41 | MEMORANDUM OPINON AND ORDER denying 28 Motion in Limine as to Lance Miller. **Please see order text for details**. Signed by Judge Mark W Bennett on 10/30/09. (src) (Entered: 10/30/2009) |
| 10/30/2009 | 42 | Objection to Jury Instructions (Attachments: # 1 Brief In Support of Objections to Jury Instructions) (Smart, Michael) (Entered: 10/30/2009) |
| 10/30/2009 | 43 | RESPONSE by USA as to Defendant Lance Miller *to Court's Proposed Jury Instructions (10/27/09 Version)* (Tremmel, Mark) (Entered: 10/30/2009) |
| 11/02/2009 | 44 | Peremptory Challenges as to Defendant Lance Miller. (Copy to AUSA Tremmel and Attorney Smart.) (ak) (Entered: 11/02/2009) |
| 11/03/2009 | 45 | Minute Entry Day 1 for proceedings held before Judge Mark W Bennett. Pretrial Conference, Voir Dire begun, Jury Selection as to Defendant Lance Miller (1) on Count 1,2-3 held on 11/2/2009. (Court Reporter Shelly Semmler.) |

| | | |
|---|---|---|
| | | (ak) Modified on 11/3/2009 added day (ak). (Entered: 11/03/2009) |
| 11/03/2009 | 46 | Minute Entry Day 2 for proceedings held before Judge Mark W Bennett. Jury Trial with verdict as to Defendant Lance Miller held on 11/3/2009. Defendant detained. (Court Reporter Shelly Semmler.) (ak) (Additional attachment(s) added on 11/3/2009: # 1 Sealed Exhibit 4, # 2 Sealed Exhibit 5, # 3 Sealed Exhibit 6, # 4 Sealed Exhibit 7, # 5 Sealed Exhibit 8, # 6 Sealed Exhibit 9, # 7 Sealed Exhibit 10, # 8 Sealed Exhibit 11) (ak). Modified on 11/3/2009 (ak). (Entered: 11/03/2009) |
| 11/03/2009 | 47 | JURY VERDICT as to Defendant Lance Miller (1) Guilty on Count 1,2-3. (ak) (Additional attachment(s) added on 11/3/2009: # 1 Sealed Document) (ak). (Entered: 11/03/2009) |
| 11/03/2009 | 48 | Instructions to the Jury as to Defendant Lance Miller. Signed by Judge Mark W Bennett on 11/02/09. (kfs) (Entered: 11/03/2009) |
| 11/12/2009 | 49 | Subpoena Returned Executed on 10/07/09 on Darci Nagel as to Defendant Lance Miller (ak) (Entered: 11/12/2009) |
| 11/18/2009 | 50 | SEALED OFFENSE Conduct Statement as to Defendant Lance Miller (Tremmel, Mark) (Entered: 11/18/2009) |
| 12/16/2009 | 51 | SEALED PRESENTENCE INVESTIGATION REPORT *FIRST DRAFT* by USA, US Probation, Lance Miller as to Defendant Lance Miller (Attachments: # 1 Instructions for Objecting) (Kuehl, Kelly) (Entered: 12/16/2009) |
| 12/16/2009 | 52 | ORDER SETTING HEARING as to Defendant Lance Miller - Sentencing set for 01/21/2010 at 4:00 PM in SC 3rd Fl Ct before Judge Mark W Bennett. Signed by Judge Mark W Bennett on 12/16/09. (kfs) (Entered: 12/16/2009) |
| 12/23/2009 | 53 | SEALED OBJECTION TO PRESENTENCE INVESTIGATION REPORT By Plaintiff as to Lance Miller 51 *No Objection Letter* (Tremmel, Mark) (Entered: 12/23/2009) |
| 12/23/2009 | 54 | MOTION for Extension of Time to Object to Presentence Investigation Report by Lance Miller. (Smart, Michael) (Entered: 12/23/2009) |
| 12/23/2009 | 55 | RESPONSE to Motion by USA as to Defendant Lance Miller re 54 MOTION for Extension of Time to Object to Presentence Investigation Report (Tremmel, Mark) (Entered: 12/23/2009) |
| 12/23/2009 | 56 | TEXT ORDER granting 54 Motion for Extension of Time to Object to Presentence Report as to Lance Miller.(1) Defendant shall have to and including Monday, January 11, 2010, in which to file his objections in this matter. Signed by Judge Mark W Bennett on 12/23/2009. (Gill, Jennifer) Modified text on 12/23/2009 (kfs) (Entered: 12/23/2009) |
| 01/11/2010 | 57 | SEALED OBJECTION TO PRESENTENCE INVESTIGATION REPORT By Defendant as to Lance Miller 51 (Smart, Michael) (Entered: 01/11/2010) |
| 01/13/2010 | 58 | MOTION *to Vacate Conviction* by Lance Miller. (Attachments: # 1 Brief In Support of Motion to Vacate Conviction) (Smart, Michael) (Entered: 01/13/2010) |

| | | |
|---|---|---|
| 01/13/2010 | 59 | ORDER RE: 58 Motion to Vacate Conviction filed by Defendant Lance Miller - The Prosecution's Response is due on or before noon on 01/15/2010. Signed by Judge Mark W Bennett on 01/13/10. (kfs) (Entered: 01/13/2010) |
| 01/14/2010 | 60 | UNRESISTED MOTION for Additional Time to File Response to Defendant's Motion to Vacate Conviction by USA as to Lance Miller. (Tremmel, Mark). (Entered: 01/14/2010) |
| 01/14/2010 | 61 | ORDER granting 60 Motion For Additional Time To File Response re 58 MOTION *to Vacate Conviction* filed by Lance Miller. Response due by noon 1/19/2010. Signed by Judge Mark W Bennett on 1/14/2010. (des) Modified on 1/14/2010 to correct text re response due date (des). (Entered: 01/14/2010) |
| 01/14/2010 | | Correction to 61 Order re 58 MOTION to Vacate Conviction filed by Lance Miller: Response due by noon 1/19/2010 (des) (Entered: 01/14/2010) |
| 01/14/2010 | 62 | MOTION for Variance-- *Downward* by Lance Miller. (Attachments: # 1 Brief In support of Downward Variance and Sentencing Memorandum, # 2 Exhibit Family support letters) (Smart, Michael) (Entered: 01/14/2010) |
| 01/19/2010 | 63 | RESISTANCE by USA as to Defendant Lance Miller re 58 MOTION *to Vacate Conviction* (Attachments: # 1 Memorandum in Support of Governm ent's Resistance to Defendant's Motion top Vacate Conviction) (Tremmel, Mark) (Entered: 01/19/2010) |
| 01/19/2010 | 64 | RESPONSE to Motion by USA as to Defendant Lance Miller re 62 MOTION for Variance-- *Downward* (Tremmel, Mark) (Entered: 01/19/2010) |
| 01/20/2010 | 65 | SEALED PRESENTENCE INVESTIGATION REPORT *Final* by USA, US Probation, Lance Miller as to Defendant Lance Miller (Guthrie, Loretta) (Entered: 01/20/2010) |
| 01/20/2010 | 66 | SEALED SENTENCING RECOMMENDATIONS by US Probation as to Defendant Lance Miller (Guthrie, Loretta) (Entered: 01/20/2010) |
| 01/20/2010 | 67 | MEMORANDUM OPINION AND ORDER: Granting 58 Motion to Vacate Conviction as to Defendant Lance Miller (1) **(See text of Order)**. Signed by Judge Mark W Bennett on 01/20/10. (kfs) (Entered: 01/20/2010) |
| 01/26/2010 | 68 | Minute Entry for proceedings held before Judge Mark W Bennett. Sentencing held on 1/21/2010 as to defendant Lance Miller. Defendant's Exhibits A1-A6 docketed at entry 62. Defendant detained. (Shelly Semmler.) (ak) (Entered: 01/26/2010) |
| 01/27/2010 | 69 | JUDGMENT as to Defendant Lance Miller (1) - Counts 1 and 3: Defendant committed to BOP for 60 months on each of Counts 1 and 3 to be served concurrently - Defendant on supervised release for 60 months on each of Counts 1 and 3 to be served concurrently - $200 special assessment - Count 2: Vacated. Signed by Judge Mark W Bennett on 01/27/10. (kfs) (Entered: 01/27/2010) |
| 01/28/2010 | 70 | SEALED STATEMENT OF REASONS by USA, US Probation, Lance Miller as to Defendant Lance Miller (Guthrie, Loretta) (Entered: 01/28/2010) |
| | | |

| | | |
|---|---|---|
| 09/09/2014 | | Judge update in case as to Lance Miller. Magistrate Judge Leonard T Strand added. Magistrate Judge Paul A Zoss no longer assigned to case. (des) (Entered: 09/09/2014) |
| 09/09/2014 | 71 | NOTICE of Intention to Dispose of Plaintiff's Trial Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 (docket 46 ) as to Defendant Lance Miller on 10/9/2014. Signed by Clerk on 9/9/2014. Check Status Deadline due by 10/9/2014. (des) (Entered: 09/09/2014) |
| 09/12/2014 | 72 | RECEIPT for Exhibits as to Defendant Lance Miller: Plaintiff's Trial Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 (docket 46 ) were released to USA representative on 9/11/2014. (des) (Entered: 09/12/2014) |
| 02/17/2016 | | Attorney update in case as to Defendant Lance Miller. Attorney Timothy T Duax for USA added. Clerk checked for conflicts - none found. Attorney Mark A Tremmel terminated. (des) (Entered: 02/17/2016) |
| 02/17/2016 | | Judge update in case as to Lance Miller. Magistrate Judge CJ Williams added. Clerk checked for conflicts - none found. Magistrate Judge Leonard T Strand no longer assigned to case. (des) (Entered: 02/17/2016) |
| 01/17/2019 | | Judge update in case as to Lance Miller. Chief Judge Leonard T Strand and Chief Magistrate Judge Kelly Mahoney added. Judge Mark W Bennett and Magistrate Judge CJ Williams-M no longer assigned to case. No conflicts identified. (src) (Entered: 01/17/2019) |
| 01/17/2019 | 75 | Rule 5 Documents Received from USDC of South Dakota as to Defendant Lance Miller. (src) (Additional attachment(s) added on 1/25/2019: # 1 Return of Service from SD) (src). (Entered: 01/17/2019) |
| 01/17/2019 | | Document unsealed as to Defendant Lance Miller 74 Sealed Petition and Order for Warrant of Offender Under Supervision - action taken per 75 . (src) (Entered: 01/17/2019) |
| 01/24/2019 | | Attorney update in case as to Defendant Lance Miller. Attorney Bradley Ryan Hansen for Lance Miller added pursuant to the CJA Panel Administrator under the direction of Chief Magistrate Judge Kelly Mahoney. Clerk checked for conflicts - none found. (des) (Entered: 01/24/2019) |
| 01/24/2019 | 76 | ** TEXT ORDER ONLY ** SETTING HEARING as to Defendant Lance Miller. Initial Appearance on Revocation Proceedings set for 1/24/2019 at 3:30 PM in Ctrm 1 (1st Floor) Sioux City, Iowa, before Chief United States Magistrate Judge Kelly K.E. Mahoney. Signed by Chief United States Magistrate Judge Kelly K.E. Mahoney on 01/24/2019. (Gollhofer, Jami) (Entered: 01/24/2019) |
| 01/24/2019 | 77 | ORDER Appointing Federal Public Defender as to Defendant Lance Miller. Financial Affidavit due by 1/29/2019. Signed by Chief Magistrate Judge Kelly Mahoney on 1/24/2018. (des) (Entered: 01/24/2019) |
| 01/24/2019 | 78 | NOTICE of Attorney Appearance: Bradley Ryan Hansen appearing for Defendant Lance Miller. (Hansen, Bradley) (Entered: 01/24/2019) |
| 01/24/2019 | 79 | NOTICE of Attorney Appearance Kevin C Fletcher appearing for USA. |

| | | |
|---|---|---|
| | | (Fletcher, Kevin) (Entered: 01/24/2019) |
| 01/25/2019 | 80 | MINUTE Entry for proceedings held before Chief Magistrate Judge Kelly Mahoney: Initial Appearance re Revocation of Supervised Release as to Defendant Lance Miller held on 1/24/2019. Defendant detained. (Official Court Record: FTR Gold) (mmc) (Entered: 01/25/2019) |
| 01/25/2019 | 81 | ORDER of Temporary Detention and Scheduling Hearing as to Defendant Lance Miller: Detention Hearing set for 1/29/2019 at 1:00 PM in Ctrm 1 (1st Floor) Sioux City before Chief Magistrate Judge Kelly Mahoney. Signed by Chief Magistrate Judge Kelly Mahoney on 1/24/2019. (mmc) (Entered: 01/25/2019) |
| 01/25/2019 | 82 | ORDER of Temporary Detention Pending Revocation of Supervised Release Hearing as to Defendant Lance Miller: Final Hearing re Revocation of Supervised Release set for 1/31/2019 at 10:00 AM in Ctrm 3 (3rd Floor) Sioux City before Chief Judge Leonard T Strand. Signed by Chief Magistrate Judge Kelly Mahoney on 1/24/2019. (mmc) (Entered: 01/25/2019) |
| 01/25/2019 | 83 | SEALED First Supplemental and Substituted Petition to Revoke Supervision re 74 Petition as to Defendant Lance Miller. Signed by Chief Judge Leonard T Strand on 1/25/2019. (eUSM) (mmc) (Additional attachment(s) added on 1/25/2019: # 1 Confirmation E-mail) (mmc). (Entered: 01/25/2019) |
| 01/25/2019 | 85 | SEALED Violation Worksheet by USA, US Probation, Lance Miller as to Defendant Lance Miller (Attachments: # 1 Final Presentence Report) (Krula, Alexandra) (Entered: 01/25/2019) |
| 01/28/2019 | 86 | WAIVER of Detention Hearing by Defendant Lance Miller (Hansen, Bradley) (Entered: 01/28/2019) |
| 01/28/2019 | 87 | ** TEXT ORDER ONLY ** as to Defendant Lance Miller; the detention hearing scheduled for Tuesday, January 29, 2019, at 1:00 p.m. (Doc. 81) is cancelled pursuant to the Waiver of Hearing filed by Defendant Miller at Doc. 86. Signed by United States Magistrate Judge Kelly K.E. Mahoney on 01/28/2019. (Gollhofer, Jami) (Entered: 01/28/2019) |
| 01/28/2019 | 88 | SEALED CJA 23 Financial Affidavit by Defendant Lance Miller (des) (Entered: 01/28/2019) |
| 01/28/2019 | 89 | NOTICE of No Contested Issues Pursuant to Administrative Order 16-AO-0006-P by Defendant Lance Miller re 81 Order Setting Hearing on 83 Sealed Petition and Order for Summons of Offender Under Supervision (Prob 12C), (Hansen, Bradley) Modified on 1/28/2019 to edit text. (src) (Entered: 01/28/2019) |
| 01/29/2019 | 90 | Arrest Warrant Returned Executed on 01/17/19 in case as to Defendant Lance Miller (kfs) (Entered: 01/29/2019) |
| 01/31/2019 | 93 | MINUTE Entry for proceedings held before Chief Judge Leonard T Strand: Final Hearing RE: Revocation of Supervised Release as to Defendant Lance Miller held on 01/31/2019: Attorney Brad Hansen for Defendant: Defendant's Exhibits A and B admitted and due to be filed by 02/03/2019: Defendant detained (Court Reporter: Shelly Semmler) (kfs) (Entered: 01/31/2019) |

| | | |
|---|---|---|
| 01/31/2019 | 94 | NOTICE of Filing of Sealed Exhibits from Hearing By Defendant as to Lance Miller re 93 Supervised Release - Final Revocation Hrg - *Exhibit A* (Attachments: # 1 Exhibit B) (Hansen, Bradley) Modified on 1/31/2019 to edit text. (src) (Entered: 01/31/2019) |
| 01/31/2019 | 95 | REVOCATION Judgment as to Defendant Lance Miller: Defendant committed to BOP for 20 months. Supervised Release 5 years. Signed by Chief Judge Leonard T Strand on 1/31/2019. (mmc) (Entered: 01/31/2019) |
| 10/07/2020 | 96 | SUPERVISED Release Jurisdiction Transferred to District of South Dakota as to Defendant Lance Miller. Signed by Chief Judge Leonard T Strand and Judge Charles B Kornmann on 10/06/2020. (Emailed Transfer of Jurisdiction form with certified copies of indictment, judgment and docket sheet to District of South Dakota) (des) (Entered: 10/07/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-4014 MWB |
| Plaintiff, | ) | **Count 1:** 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1): Receipt of Child Pornography |
| vs. | ) | |
| LANCE MILLER, | ) | **Count 2:** 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |
| Defendant. | ) | **Count 3:** 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

On or about June 23, 2007, in the Northern District of Iowa and elsewhere, the defendant, LANCE MILLER, knowingly received and attempted to receive a visual depiction of a minor engaged in sexually explicit conduct, said visual depiction having been transported in interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

**COUNT 2**

Between about February 2007 and November 2007, in the Northern District of Iowa, the defendant, LANCE MILLER, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, said visual depictions

having been produced using materials that had been shipped and transported in interstate and foreign commerce, namely, a Seagate hard drive (from a Compaq Presario computer) that was manufactured outside the state of Iowa.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**COUNT 3**

Between about April 2007 and October 2007, in the Northern District of Iowa, the defendant, LANCE MILLER, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, said visual depictions having been produced using materials that had been shipped and transported in interstate and foreign commerce, namely, a Seagate hard drive (from an HP Pavilion computer) that was manufactured outside the state of Iowa.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL,

S/
Grand Jury Foreperson

3/17/2009
Date

Presented by:

MATT M. DUMMERMUTH
United States Attorney

By: [signature]
Mark Tremmel
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY
And filed 3/18/09
ROBERT L. PHELPS, CLERK

# United States District Court

## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
**V.**

**LANCE MILLER**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **CR 09-4014-1-MWB**

USM Number: **03866-029**

**Michael L. Smart**
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) ______

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

■ was found guilty on count(s) **1 and 3 of the Indictment filed on March 18, 2009** after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 U.S.C. §§ 2252A(a)(2)(A) & 2252A(b)(1)** | **Receipt of Child Pornography** | **06/23/2007** | **1** |
| **18 U.S.C. §§ 2252A(a)(5)(B) & 2252A(b)(2)** | **Possession of Child Pornography** | **10/31/2007** | **3** |

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

■ Count **2** is vacated on the motion of the defendant.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in economic circumstances.

**January 21, 2010**
Date of Imposition of Judgment

Mark W. Bennett
Signature of Judicial Officer

**Mark W. Bennett**
**U. S. District Court Judge**
Name and Title of Judicial Officer

1.27.10
Date

DEFENDANT: **LANCE MILLER**
CASE NUMBER: **CR 09-4014-1-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **60 months. This term consists of 60 months on each of Counts 1 and 3 of the Indictment, to be served concurrently.**

■ The court makes the following recommendations to the Bureau of Prisons:
**The defendant be designated to a Bureau of Prisons facility in close proximity to his family, which is commensurate with his security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________ to ______________

at ______________ , with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **LANCE MILLER**
CASE NUMBER: **CR 09-4014-1-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **5 years. This term consists of 5 years on each of Counts 1 and 3 of the Indictment, to be served concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **LANCE MILLER**
CASE NUMBER: **CR 09-4014-1-MWB**

## SPECIAL CONDITIONS OF SUPERVISION

*The defendant must comply with the following special conditions as ordered by the Court and implemented by the U.S. Probation Office:*

1. **The defendant is prohibited from the use of alcohol and are prohibited from entering bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol.**

2. **The defendant must participate in the Remote Alcohol Testing Program during any period of his supervision. He must abide by all rules and regulations of the Remote Alcohol Test Program. He is responsible for the cost of the Remote Alcohol Testing Program.**

3. **The defendant will submit to a search of his person, residence, adjacent structures, office or vehicle, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; he shall warn any other residents that the residence or vehicle may be subject to searches pursuant to this condition. This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.**

4. **The defendant must participate in a mental health evaluation and/or treatment program. This may include participation in a sex offender treatment program or any such similar program offered in your approved district of residence. He must take all medications prescribed to him by a licensed psychiatrist or physician.**

5. **The defendant is prohibited from owning or having in your possession any pornographic materials. He shall neither use any form of pornography or erotica nor enter any establishment where pornography or erotica can be obtained or viewed.**

6. **Any computer and/or electronic storage device the defendant owns or has access to shall be subject to random or periodic unannounced searches by a United States Probation Officer. The search may include examinations of his computer(s) equipment, the retrieval and copying of all data, and any internal or external peripherals, and/or removal of such equipment for inspection. He must allow the U.S. Probation Office to install any hardware or software systems to monitor or filter his computer use. Prior to installation or any such hardware or software systems, he must allow the U.S. Probation Office to examine his computer and/or electronic storage device.**

7. **The defendant is prohibited from operating or using photographic equipment, a computer, or any electronic storage device to view or produce any form of pornography or child erotica.**

8. **The defendant must not use the Internet to view any form of pornography or child erotica via the World Wide Web, a commercial gateway, an Internet Service Provider, Internet Relay Chat channels, or any Internet Protocol address.**

9. **The defendant must remain in compliance with all sex offender registration and public notification requirements in accordance with the Adam Walsh Child Protection and Safety Act of 2006. He must meet with an appropriate official from either the Bureau of Prisons or the U.S. Probation Office who must explain to him all of his registration requirements. He must read and sign the Offender Notice and Acknowledgment of Duty to Register as a Sex Offender form.**

**Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition of supervision.**

**These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.**

______________________________ ______________________
**Defendant** **Date**

______________________________ ______________________
**U.S. Probation Officer/Designated Witness** **Date**

DEFENDANT: **LANCE MILLER**
CASE NUMBER: **CR 09-4014-1-MWB**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 200 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until ______. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS** | $ ______ | $ ______ | |

☐ Restitution amount ordered pursuant to plea agreement $ ______

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **LANCE MILLER**
CASE NUMBER: **CR 09-4014-1-MWB**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ■ Lump sum payment of $ **200** due immediately, balance due

☐ not later than ____________, or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal ________ (e.g., weekly, monthly, quarterly) installments of $ ________ over a period of ________ (e.g., months or years), to commence ________ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal ________ (e.g., weekly, monthly, quarterly) installments of $ ________ over a period of ________ (e.g., months or years), to commence ________ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ________ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.